IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNDA CHRISTIE, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-1596 |
| v. | : | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 29th day of December, 2010, after consideration of Plaintiff's Complaint; Defendant's Answer; Plaintiff's Motion for Summary Judgment; Defendant's Response in opposition thereto; the Magistrate Judge's Report and Recommendation (Docket No. 9); and Plaintiff's Objections thereto (Docket No. 10), it is hereby ORDERED that

1. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation are OVERRULED;

2. The Magistrate Judge's Report and Recommendation is APPROVED AND ADOPTED;

3. Plaintiff's Motion for Summary Judgment (Docket No. 9) is DENIED and judgment is ENTERED in favor of Defendant.

4. The Clerk of Court shall close this case for all purposes, including statistics.

BY THE COURT:

/s/ C. Darnell Jones II
_____
C. DARNELL JONES II,   J.